UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREL STEEL ERECTION CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>CAPCO STEEL CORPORATION,<br><br>  Defendant,<br><br>   and<br><br>CANAM STEEL CORPORATION,<br><br>  Reach-and-apply Defendant. | Civil Action No. 05-10627-WGY |

NOTICE OF FILING OF CERTIFIED STATE COURT RECORD

Pursuant to Local Rule 81.1(a), reach-and-apply defendant Canam Steel Corporation hereby files a certified copy of the records and proceedings among the parties in the Superior Court of Norfolk County, Massachusetts.

                                                         CANAM STEEL CORPORATION,

                                                         By its attorney,


                                                              /s Michael D. Vhay
                                                         Michael D. Vhay (BBO # 566444)
                                                         DLA PIPER RUDNICK GRAY CARY US LLP
                                                         One International Place, 21st Floor
                                                         100 Oliver Street
                                                         Boston, MA  02110-2613
                                                         (617) 406-6000 (telephone)
                                                         (617) 406-6100 (fax)

Dated: April 6, 2005

~BOST1:323775.v1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Filing of Certified State Court Record has been served upon counsel for all other parties by U.S. Mail on this 6th day of April, 2005.

_____
Michael D. Vhay
