UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREL STEEL ERECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAPCO STEEL CORPORATION,<br><br>Defendant,<br><br>and<br><br>CANAM STEEL CORPORATION,<br><br>Reach-and-apply Defendant. | Civil Action No. 05-10627-WGY |

**CANAM STEEL CORPORATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Reach-and-apply defendant Canam Steel Corporation and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CANAM STEEL CORPORATION

By: Ronald W Peppe II
Its: General Counsel

Michael D. Vhay (BBO # 566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: May 2, 2005

~BOST1:351138.v1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing Canam Steel Corporation's Initial Disclosures has been served upon counsel for all other parties by U.S. Mail on this 2d day of May, 2005.

                                          _____
                                          Michael D. Vhay

~BOST1:351138.v1