UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION
   Plaintiff

vs.

CAPCO STEEL CORPORATION
   Defendant

and

CANAM STEEL CORPORATION
   Reach and Apply Defendant

C.A. No. 05-10627WGY

## CERTIFICATION OF DEFENDANT CAPCO STEEL CORPORATION

We, the undersigned, Girard R. Visconti, Esquire, counsel for defendant, Capco Steel Corporation ("Capco"), and the undersigned authorized representative of Capco, hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternative courses including mediation - for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Patricia Caparco
President
Capco Steel Corporation
33 Acorn Street
Providence, RI 02903

_____
Girard R. Visconti, Esquire
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903