United States District Court
District of Massachusetts

Dorel Steel Erection Corporation )
   Plaintiff )
 )
 )
       vs. )
 )
Capco Steel Corporation )     C.A. No. 05-10627 WGY
   Defendant )
       and )
 )
Canam Steel Corporation )
   Reach and Apply Defendant )

## Certification of Defendant
## Dorel Steel Erection Corporation

We, the undersigned, Charles A. Roberts, Esquire, Counsel for the Plaintiff, Dorel Steel Erection Corporation, and the undersigned authorized representative of Dorel, hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course and various alternative courses including mediation for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in LR 16.4.


John Murphy, Sr.
Dorel Steel Erection Corporation
33 Fayette Street
North Quincy, MA 02171

Charles A. Roberts, Esq., BBO No. 422200
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129