# Law Office of Scott W. Wynn

————————————————————————————————————————————

254 Main Street
P.O. Box 290009
Charlestown, Massachusetts 02129

Telephone:  (617) 241-5544
Fax:  (617) 242-7675

Scott W. Wynn
Charles A. Roberts

May 17, 2005

Kathleen M. Dolan

Re:   Dorel Steel Erection Corp. v. Capco Steel Erection *et al*.
      Civil Action no. 05-10627 RBC

Dear Ms. Dolan:

Today I received in the mail a copy of the pre-trial order relative to scheduling conference.

We already went through that and the Plaintiff, whom I represent, would be satisfied with the scheduling dates, etc. contained therein.

Very truly yours,

Charles A. Roberts

CR/cfc
cc:     opposing counsel