

VISCONTI AND BOREN LTD

COUNSELORS-AT-LAW

- Girard R. Visconti

Richard A. Boren

Dante J. Giammarco

- David M. Campbell

- Stephen M. Brusini

- Jessica L. Papazian-Ross

- Lillian M. Jacquard

Eric G. Cimino

- Christine L. Rossi

*Of Counsel*
- Gregory P. Cimino, II

- also admitted in MA
- also admitted in MA and NY
- also admitted in CT and DC

                                                              .JE OF
                                                              OLLINGS
                                              ....  .....TRATE **JUDGE**

                                                        ....1   2 3 **2005**

                        May 19, 2005

                                              . TED STATES DISTRICT **COURT**
                                              DOTE .          OCHICETTS

Honorable Robert B. Collings
United States Magistrate Judge
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> *Re:*    *Dorel Steel Erection Corporation*
> *vs.*    *Capco Steel Corporation and Canam Steel Corporation*
>          *C.A. No. 05-10627-WGY* *RBC*
>          *Notice of Scheduling Conference*

Dear Magistrate Judge Collings:

I am counsel to Capco Steel Corporation in relation to the above matter. I received your notice of scheduling conference. I wish to advise you that we appeared before Judge William Young on May 9, 2005 for a scheduling conference. As you are aware, the parties agreed to have this matter heard before a Magistrate Judge.

Since we all the parties have complied with Local Rule 16.1, i.e. have filed a joint statement, have conferred, etc. I hereby request that the scheduling conference before you on June 17, 2005 be waived.

Please advise.

Sincerely,

Girard R. Visconti

GRV:sm

cc:    *Charles A. Roberts, Esq.*
       *Michael D. Vhay, Esq.*
       *Capco Steel Corporation*

55 Dorrance Street  Providence  Rhode Island 02903-2219
TEL 401 331-3800   FAX 401 421-9302   E-MAIL general@viscontilaw.com   WEBSITE www.viscontilaw.com