UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION :
:
:
vs. : C.A. No. 05-10627-WGY
:
CAPCO STEEL CORPORATION :
:
and :
:
CANAM STEEL CORPORATION :
Reach and Apply Defendant :

## STIPULATION

By agreement of the parties, defendant, Capco Steel Corporation can file an amended answer which asserts a second affirmative defense under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff,
DOREL STEEL ERECTION CORPORATION
By their Attorneys,

_____
Charles A. Roberts (BBO #422200)
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129
(617) 241-5544
(617) 242-7675 Fax

Dated: _____

Defendant,
CAPCO STEEL CORPORATION
By their Attorneys,

_____
Girard R. Visconti (BBO #510200)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 Fax

Dated: _____

Reach and Apply Defendant,
CANAM STEEL CORPORATION
By their Attorneys,

_____
Michael D. Vhay, Esq
DLA Piper Rudnick Grary Cary US LLP
One International Place, 21st Floor
Boston, MA 02110

Dated: 6/2/05

MAY 27 2005