**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DOREL STEEL ERECTION CORPORATION :
                                  :

          vs.                             :    C.A. No:. 05-10627-WGY

                                     :

CAPCO STEEL CORPORATION

          and                          :
                                   :

CANAM STEEL CORPORATION
Reach and Apply Defendant        :

### MOTION TO DISMISS

Defendant, Capco Steel Corporation, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the within action in that plaintiff's complaint fails to state a claim upon which relief can be granted. The parties selected Rhode Island as the forum to hear any dispute arising out of a "Memorandum of Understanding" dated July 19, 2001. This lawsuit arises out of that agreement.

Defendant refers this court to the attached memorandum of law and exhibits in support of its motion.

                                  Defendant,
                                  **CAPCO STEEL CORPORATION**
                                  By their Attorneys,

                                  Girard R. Visconti (BBO #510200)
                                  David M. Campbell (BBO# 645512)
                                  *Visconti & Boren Ltd.*
                                  55 Dorrance Street
                                  Providence, RI 02903
                                  (401) 331-3800
                                  (401) 421-9302 Fax

## **CERTIFICATION**

I, the undersigned, hereby certify that on the __6th__ day of __June_____, 2005, I mailed a true copy of the within document by regular, first-class mail, postage prepaid, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

Michael D. Vhay, Esq.
DLA Piper Rudnick Grary Cary US LLP
One International Place, 21st Floor
Boston, MA 02110