UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREL STEEL ERECTION CORPORATION : | |
| vs. : | C.A. No:. 05-10627-WGY |
| CAPCO STEEL CORPORATION : | |
| and : | |
| CANAM STEEL CORPORATION : | |
| Reach and Apply Defendant : | |

### ASSENTED TO MOTION FOR CONTINUANCE

Now comes Capco Steel Corporation, Defendant and hereby moves to continue Scheduling Conference assigned to September 13, 2005 on the following grounds:

1. That a Scheduling Conference was held on May 9, 2005 before Mr. Justice William Young whereby the parties jointly agreed to a joint statement for a "Initial Scheduling Conference;"

2. That Defendant Capco Steel Corporation filed a Motion to Dismiss on or about June 6, 2005 with an Opposition Memorandum from Plaintiff Dorel Steel Erection Corporation;

3. That since the parties have already had a Scheduling Conference and presented a Conference Schedule with discovery, etc., the parties have agreed, subject to this Court's approval, to continue this matter until Defendant Capco Steel Corporation's Motion to Dismiss is decided by this Honorable Court.

WHEREFORE, Capco Steel Corporation hereby moves that this matter be continued until the aforesaid Motion to Dismiss is decided. The undersigned states that it has contacted Charles

Roberts, Esq., counsel for Dorel Steel Erection Corporation and Michael Vhay, counsel for Canam Steel Corporation, both of whom have no object to this motion.

**ASSENTED TO:**

Plaintiff,
**DOREL STEEL ERCTION CORPORATION**
By its Attorney,

_____
Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
Charlestown, RI 02129

Defendant,
**CAPCO STEEL CORPORATION**
By their Attorneys,

_____
Girard R. Visconti (BBO #510200)
*Visconti & Boren Ltd.*
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 Fax

9-8-05

**CANAM STEEL CORPORATION**
By its Attorney,

_____
Michael Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110

2

## CERTIFICATION

I, the undersigned, hereby certify that on the ___8th___ day of ___September___, 2005, I mailed a true copy of the within document by regular, first-class mail, postage prepaid, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110

_____