UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION :

vs. : C.A. No:. 05-10627-~~BBY~~ RBC

CAPCO STEEL CORPORATION :

and :

CANAM STEEL CORPORATION :
Reach and Apply Defendant :

### OBJECTION ON BEHALF OF CAPCO STEEL CORPORATION
### TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now comes the defendant, Capco Steel Corporation, and hereby objects to plaintiff's motion for preliminary injunction according to the memorandum attached hereto in support of its objection. Plaintiff's motion for a preliminary injunction is moot since Capco Steel Corporation has been paid in full from Canam Steel Corporation.

Defendant,
**CAPCO STEEL CORPORATION**
By their Attorneys,

_____
Girard R. Visconti (BBO #510200)
David M. Campbell (BBO# 645512)
*Visconti & Boren Ltd.*
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 Fax

## CERTIFICATION

I, the undersigned, hereby certify that on the ___16th___ day of November 2005, I mailed a true copy of the within document by regular, first-class mail, postage prepaid, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

Michael D. Vhay, Esq.
DLA Piper Rudnick Grary Cary US LLP
One International Place, 21st Floor
Boston, MA 02110

_____Susan Marfeo_____