UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION   :
                                   :
    vs.                            :   C.A. No:. 05-10627-RBC
                                   :
CAPCO STEEL CORPORATION            :
                                   :
    and                            :
                                   :
CANAM STEEL CORPORATION            :
    Reach and Apply Defendant      :

**MEMORANDUM IN SUPPORT OF CAPCO STEEL CORPORATION'S
OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Capco Steel Corporation ("Capco"), is a substantial steel erector and manufacturer that, since 1990, has performed substantial construction projects in many states, including Massachusetts, Rhode Island and Connecticut. Capco prides itself in having performed the steel portion of the work at Gillette Stadium, Boston Convention Center, Connecticut Convention Center, etc. Capco's gross sales exceed 80 million dollars on a yearly basis. Capco employs over 400 persons.

Capco entered into a subcontract with Canam Steel Corporation ("Canam"), the latter entering into a subcontract with a general contractor known as Clark/Hunt/Berry, for the project known as Boston Convention and Exhibition Center. Capco's subcontract with Canam resulted in a "Memorandum of Understanding" amongst Capco, Dorel, Stearns and Prime, whereby each entity would perform "one quarter of the work of the Canam/Capco subcontract or for a contractual sum per entity of $8,750,000 out of a gross contract of approximately $34,000,000. During the course of the project, Capco, gave Dorel as well as the other "partners" an accounting of the project on a <u>weekly basis</u>. Since the inception of the project defendant Capco has paid each "partner", including Dorel, the sum of $3,329,679.00, which sum was net of expenses. An

example of accounting given to each partner is a letter from Capco (CDSP) dated May 3, 2004 to Dorel Steel which included an accounting as of May 3, 2004 (attached as Exhibit A).

Capco has received final payment from Canam in the sum of $311,086.00 on or about November 14, 2005, a copy of which is attached hereto as Exhibit C. Notwithstanding, the project summary report is noted as Exhibit B, which is a summary as of March 29, 2005 which substantially shows no change from the accounting of April 15, 2004, which is attached in Exhibit A. Both Exhibit A and Exhibit B show job costs to date of $38,681,979, of which Capco has paid the sum of $38,292,448 in disbursements, i.e. job costs including administrative and labor, whereby from said sum each partner received $3,329,679.

## CONCLUSION

In conclusion, since Capco has received its final payment from Canam, plaintiff's motion is moot. Capco is in the process of reviewing the accounting to determine any amounts due and owing each partner.

**WHEREFORE,** defendant Capco prays that Dorel's request for Preliminary Injunction be denied.

Defendant,
**CAPCO STEEL CORPORATION**
By their Attorneys,

Girard R. Visconti (BBO #510200)
David M. Campbell (BBO# 645512)
*Visconti & Boren Ltd.*
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 Fax

## CERTIFICATION

I, the undersigned, hereby certify that on the ___16th___ day of November, 2005, I mailed a true copy of the within document by regular, first-class mail, postage prepaid, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

Michael D. Vhay, Esq.
DLA Piper Rudnick Grary Cary US LLP
One International Place, 21st Floor
Boston, MA 02110                   _____Susan Manfeo_____

EXHIBIT
tabbies
A

# C D S P

33 Acorn Street Providence, RI 02903
A Joint Venture of: Capco/Dorel/Stearns/Prime
Phone: (401)861-1220                                    Fax: (401)861-1221

Monday May, 3, 2004

Keith Clemens
Dorel Steel
33 Fayette St.
N. Quincy Ma.

RE: **BCEC Financial information**
Boston Convention & Exhibition Center - 00-0066

Mr. Clemens,

Upon receipt of you fax (4.30.04) I reviewed and found that I never mentioned the word "Legally" in any association with the word sequestered. The word sequestered under Webster's definition defines:
To remove or set apart; segregate
The documentation is under review for our banking purposes, since the contract with Caman is directly with Capco Steel, then subcontracted to C.D.S.P.

As requested I have attached a current project summary. (DOC- 1 / 2 pages)

Pertaining to the back charges NO final negotiations dictions will be made without complete consent of all parties involved. I am currently weeding through the back charges and handling them on a one on one basis. I have attached the current back charge listing to this documentation (DOC- 2 / 2 pages) if you have and questions pertaining to the information please, direct it to me. The reasons are because an issue could be under review with CHB or removed from the table.

As for the close out process I have been handling it personally; If you are choosing to get involved at this late date in the project, please contact me at my office to schedule a time for review.

Respectfully,

Christopher E. Carey
Project Manager / B.C.E.C.

CC: MJC Sr. / Capco Steel
    J. Stearns / Stearns Company
    R. Long / Prime Steel

```
05/03/2004  12:00   PROJECT MANAGER → 14014219302                                      NO.761   P04
```

```
Capco Steel Corp 2004                    Project Summary Report                          04-15-04    Page 1
                                                                                         System Date: 04-15-04
                                                                                         System Time: 12:21 pm

Project No 00-0066  Boston Convention Center            Project Mnger Chris Carey        Est  29,461 Tons

Cost                     Estimated  Monthly JobToDate  Remaining  Estimated     Monthly    Job To Date    Remaining
Code    Description        Hours     Hours    Hours     Hours       Cost         Cost         Cost          Cost
------  -----------      ---------  -------  --------  ---------  ----------   ----------  ------------  ------------
10-11000 Raising Gang      57,744   58,404              660-      3,024,317.76              3,058,810.41   34,492.65-
10-11010 Bolting           43,144   43,749              605-      2,073,251.39              2,103,958.06   30,706.67-
10-11020 Decking           48,964   49,381              418-      2,071,482.26              2,094,458.50   22,976.24-
10-11030 Plumbing          17,072   17,072                          778,598.08                778,598.08
10-11040 Safety            38,702   38,758              56-      1,784,515.52              1,787,096.54    2,581.02-
10-11050 Welded Moments     3,393    3,393                           74,612.75                 74,612.77        .02-
10-11060 Col Splices        4,878    4,878                           48,002.17                 48,002.17
10-11070 Section Detail    32,036   32,493              457-        844,525.19                868,137.33   23,612.14-
10-11080 Lintels               16       16                            1,031.32                  1,031.32
10-11090 Stud Welding       5,609    5,609                          264,581.46                264,581.46
10-11100 Gen Foreman       13,713   14,009              297-        887,316.69                903,218.61   15,901.92-
10-11110 Cleanup              695      695                           29,275.52                 29,275.52
10-11120 Bad Weather       22,983   13,097   9,886                  870,292.89                571,892.69  298,400.20
10-11130 Anchors/Hilt's        90       90                            2,197.29                  2,197.29
10-11140 Oiler             13,690
10-11150 Hand Pieces          130      130                            6,627.03                  6,627.03
10-11160 Hand Pieces          130      130                            6,627.03                  6,627.03
10-11170 Joist & Brdgng       183      183                            2,049.69                  2,049.69
10-11180 Truss Work           121      121         1                  7,245.61                  7,245.61
10-11190 Precast              331      331                           16,766.64                 16,766.64
10-11200 Misc Iron         31,189   32,653           1,465-       1,515,293.62              1,588,378.39   73,084.77-
10-11250 Painters             107      107                            7,651.74                  7,651.74
10-11400 Teamsters             16       16                              570.85                    570.85
10-11500 Maintence          1,063    1,069              6-           60,021.81                 60,319.57      297.76-
10-11700 Fld QC Inspctn     4,439    4,629             190-         117,474.84                121,930.37    4,455.53-
10-11800 Shop Labor           788      816              28-          24,248.49                 24,820.95      572.46-
10-11900 Enginring labr         5        5                               52.77                     52.77
10-11925 Surveyor          15,600   11,200           4,400          479,430.87                383,474.17   95,956.70
10-11950 Project Managr     6,277    6,277                          204,263.24                204,263.24
10-12000 Adm Lb - Jb Cs        80       80                          213,026.26                213,026.26
10-12000 Materials                                                  144,846.70                145,639.80      793.10-
10-12100 Stud Materials                                   739.54     31,075.86                 34,231.59    3,155.73-
10-13000 Crane Rental                                             1,688,513.97              1,686,023.97    2,490.00
10-13100 Lift Rental                                              1,036,374.53              1,037,542.10    1,167.57-
10-13200 Scaffold Rentl                                              12,386.53                 12,386.53
10-13400 Equipment Fuel                                             130,324.68                131,306.14      981.46-
```

05/03/2004  12:00  PROJECT MANAGER  NO.761  D05
Capco Steel Corp 2004

```
                                              Project Summary Report                        04-15-04      Page 2
                                                                                  System Date: 04-15-04
                                                                                  System Time: 12:21 pm

Project No 00-0066   Boston Convention Center    Project Mnger Chris Carey        Est    29,461 Tons

Cost                     Estimated  Monthly    JobToDate  Remaining    Estimated   Monthly    Job To Date   Remaining
Code     Description     Hours      Hours      Hours      Hours        Cost        Cost       Cost          Cost
-----    -----------     ---------  -------    ---------  ---------    ---------   -------    -----------   ---------
45-13500 Bond & Ins                                                       87,719.00              87,719.00     25,014.09
50-14000 Tools                                                           422,401.80             397,387.71     22,593.96
50-15000 Misc Supplies                                          164.48   887,342.75             864,748.79     28,882.00-
60-18000 Sub Contracts                                                   317,457.11             346,339.11    665,325.16-
60-18050 Glbl Sub Cntrc                                                3,080,199.42           3,745,524.58
60-18300 Sub Engineerng                                                       17.52                  17.52
60-18500 Sub Design Eng                                                  233,322.14             233,322.14
60-19000 Trucking                                                        112,795.28             113,185.87        390.59-
60-21000 Contract Allow                                                  535,313.36             535,313.36
70-21000 Contract Allow                                                3,357,656.25           3,307,656.25     50,000.00
70-22000 Capco Allow                                                   3,357,656.25           3,307,656.25     50,000.00
70-26000 Allowance Prim                                                3,357,656.25           3,307,656.25     50,000.00
70-27000 Allwnc J Strns                                                3,357,656.25           3,307,656.25     50,000.00
70-28000 Allow Dorel
70-29000 Allow OT Prem                                                   116,200.00             116,200.00
70-30000 Allw Tim Reprt                                                                           1,301.69      1,301.69-
90-70300 Office Salars
                        ---------  -------   ---------              ---------------       -----------------  -----------
         Job Totals     372,753          0   10,106        38,865,777.55               904.02  38,596,687.72   269,089.83

Rev Contract $38,865,777.55  Included Pend Changes $379,652.55    Gross Prof  Org G Prof 10,253,755.36    Orig GP Rate  GProfit Rate    GP%  GP%
Org Contract $34,000,000.00                                                                                                                  30.16
Billing $38,602,884.20       Retainage $307,836.20  Remain Billing $262,893.35      Payments    38,292,448.00
```

CHB Letter of 03/24/2004
Attachment No. 3

## Summary of Deductive Changes issued against Structural Steel Subcontract

### A. Deductive Change Orders issued against Canam's Contract before Global

| CO # | 81 # | Description | Value | File Date | Work Date |
|---|---|---|---|---|---|
| 1 | 800030 | Cashman Set Trailers | (270.00) | 07/27/01 | N/R |
| 2 | 800030 | Cashman Set Trailers (void # 001) | 270.00 | 07/27/01 | N/R |
| 6 | 800037 | Repair Silt Fencing | (382.80) | 08/23/01 | 08/13/01 |
| 8 | 800117 | Spray Fireproofing Backcharge | (8,800.00) | 10/31/02 | N/R |
| 10 | 800117 | Spray Fireproofing Backcharge (void # 008) | 8,800.00 | 10/31/02 | N/R |
| | | SUB-TOTAL $ | (382.80) | | |

### B. Deductive Change Order Issues discussed during Global (02.21.03 Ltr.)

| CO # | 81 # | Description | Value | File Date | Work Date |
|---|---|---|---|---|---|
| 11 | 800162 | Rubbish Removal/Cleanup (Jan. to Mar. 2003) | (13,179.34) | 03/18/03 | 01/15/03 |
| 13 | 800079 | Upgrade of Temp Power @ Trailers | (24,912.59) | 03/12/02 | 04/18/03 |
| 14 | 800055 | Backcharge for Stud Welder Connection | (1,457.68) | 10/07/01 | 02/14/02 |
| 15 | 800159 | Repair Lighting Level 0 | (3,285.70) | 04/07/03 | 10/26/02 |
| 26 | 80-0140 | Repair of Drywall Soffet at Foodcourt Damaged by Canam | (811.00) | 01/24/03 | 01/15/03 |
| 28 | 80-0162 | Hufcor, Field Drill Holes for Operable Partition Track | (3,979.80) | 04/22/03 | 10/17/02 |
| | 80-0068 | S&F: Chip out & Grout Misaligned G Line Base Plates | (960.30) | 02/06/02 | 02/12/02 |
| | 80-0093 | S&F: Repair & Replace Damaged / Bent Rebar Dowels | (6,662.70) | 12/11/02 | 04/09/02 |
| | 80-0125 | S&F: Core & Drill Anchor Bolts per NCR 375 at A50 | (3,027.20) | 06/10/03 | 08/26/02 |
| | | SUB-TOTAL $ | (58,275.61) | | |

RECEIVED
CANAM STEEL CORP.
CONSTRUCTION DIVISION

1-2

Printed: 3/24/2004

CHB Letter of 03/24/2004
Attachment No. 3

**C. Deductive Change Order Issues Proposed after the Global Settlement**

| CO # | 81 # | Description | Value | File Date | Work Date |
|---|---|---|---|---|---|
| 12 | 800164 | Rubbish Removal/Cleanup (April 2003) | $ (5,888.21) | 04/30/03 | 04/08/03 |
| 18 | 800178 | Clean up Steel / Remove Jersey Barriers | $ (2,154.58) | 06/16/03 | 05/12/03 |
| 19 | 800173 | Lyma Frames at Loading Dock Damaged by Canam | $ (2,004.20) | 06/10/03 | 06/04/03 |
| 21 | 80-0198 | Removal of Drywall for Adjusting J Line Framing | $ (8,677.00) | 07/30/03 | 07/02/03 |
| 22 | 80-0181 | Repair Drywall at Stair D3 after Canam Repairs | $ (570.00) | 06/20/03 | 05/14/03 |
| 23 | 80-0198 | Repair of Drywall for Adjusting J Line Framing | $ (9,801.00) | 07/30/03 | 05/29/03 |
| 24 | 80-0180 | Removal / Repair of Drywall for J Line Framing | $ (8,523.76) | 06/20/03 | 05/12/03 |
| 25 | 80-0179 | Repair Drywall for Stair F3 - Zone 900 | $ (1,282.25) | 06/20/03 | 04/14/03 |
| 27 | 80-0207 | Work at Pedestrian Bridge due to wrong Pourstop Location | $ (1,870.80) | 08/07/03 | 07/15/03 |
| 29 | 80-0270 | Spray Fireproofing Back-Charge for Dec. 2003 | $ (10,560.80) | 12/09/03 | 12/15/03 |
| 30 | 80-0295 | Spray Fireproofing Back-Charge for Jan. 2004 | $ (3,520.00) | 01/15/04 | 01/15/04 |
| 31 | 80-0325 | H.Carr: Repair Damaged Soffet due to Cable | $ (686.43) | 02/08/04 | 09/11/03 |
| 33 | 80-0210 | Shim Glass Handrail per Mis-aligned Pourslops | $ (12,235.30) | 08/22/03 | 09/18/03 |
| 34 | 80-0362 | Spray Fireproofing Back-Charge for Feb. 2004 | $ (1,760.80) | 03/01/04 | 02/15/04 |
|  | 80-0174 | S&F: Reform Damaged Curbs at Level 3 Ballroom | $ (2,666.40) | 09/24/03 | 03/28/03 |
|  | 80-0225 | McCourt: Modify Line 11 Bus Ramps per NCR 489 & 490 | $ (6,468.00) | 10/27/03 | 10/15/03 |
|  | 80-0238 | S&F: Repair Rebar at Hand Holes per NCR 491 - 493 | $ (3,407.80) | 10/30/03 | 09/12/03 |
|  | 80-0241 | S&F: Remove Mesh / Rebar for Shear Stud Repairs | $ (1,075.80) | 01/26/04 | 05/31/02 |
|  | 80-0308 | High Roof Stair Tower and Platforms | $ (7,672.40) | 01/28/04 | 04/17/02 |
|  | 80-0310 | Install Angle for Stair B13 along Stringer (Capco Tickets) |  | 02/08/04 | 01/16/04 * |
|  | 80-0329 | Cheviot: Replace Damaged Glass at S. Ped. Bridge | $ (6,346.05) | 02/10/04 | 01/15/04 |
|  | 80-0330 | Overtime Premium for Elevator B6 (Canam Delay) | $ (10,000.00) | 02/10/04 | 02/14/04 |
|  | 80-0331 | Overtime Premium for Elevator B2 (Canam Delay) | $ (10,000.00) | 02/10/04 | 01/29/04 |
|  | 80-0332 | Field Adjustments to Glass Handrail @ N. Ped. Bridge | $ (5,000.00) | 02/10/04 | 03/18/04 * |
|  | 80-0333 | Chip & Grout Concrete at Stair B14 Landing | $ (5,400.80) | 02/10/04 | Incomplete * |
|  | 80-0340 | Field Cut Pourstop at Expansion Joints | $ (37,886.29) | 02/12/04 | 01/13/04 |
|  | 80-0342 | Shimming & Modification to Curtainwall at Light Shelf | $ (9,933.00) | 02/12/04 | 01/22/03 |
|  | 80-0355 | McCourt: Clean up of Trash / Debris | $ (1,500.00) | 02/27/04 | 02/11/04 |
|  | 80-0379 | Grout Concrete at Stair B9 & B10 Landings | $ (5,000.00) | 03/18/04 | Incomplete * |
|  | 80-0380 | Mass Elec: Relocate Ex. Hall Light Fixtures @ Catwalks | $ (5,000.00) | 03/18/04 | 02/12/04 * |
|  | 80-0381 | Capco $ for MEP Frames noted per FWO in Canam CO#16 | $ (19,948.33) | 03/18/04 | 02/15/04 |
|  |  | MCCA: Owner Sanction to Canam (Capco) per Payroll | $ (8,500.00) | 03/08/04 | N/R ** |
|  |  | SUB-TOTAL | $ (209,048.60) |  |  |

Note * Indicates Estimate only, no proposal received
Note ** Notice letter from MCCA regarding findings

2 - 2

Printed: 3/24/2004

```
Capco Steel Corp 2005                    Project Summary Report                              03-29-05     Page 1
                                                                                         System Date: 03-29-05
                                                                                         System Time:  2:02 pm

Project No 00-0066  Boston Convention Center    Proj Mgr Chris Carey    Canam

Cost                      Estimated   Monthly   JobToDate  Remaining   Estimated      Monthly    Job To Date    Remaining
Code    Description       Hours       Hours     Hours      Hours       Cost           Cost       Cost           Cost
------  -----------       ---------   -------   ---------  ---------   -------------  -------    -------------  ---------
10-11000 Raising Gang      58,404               58,404                  3,058,810.41              3,058,810.41
10-11010 Bolting           43,749               43,749                  2,103,958.06              2,103,958.06
10-11020 Decking           49,381               49,381                  2,094,458.50              2,094,458.50
10-11030 Plumbing          17,072               17,072                    778,598.08                778,598.08
10-11040 Safety            38,758               38,758                  1,787,096.54              1,787,096.54
10-11050 Welded Moments     3,393                3,393                     74,612.75                 74,612.77     .02-
10-11060 Col Splices        4,878                4,878                     48,002.17                 48,002.17
10-11070 Section Detail    32,493               32,493                    868,137.33                868,137.33
10-11080 Lintels               16                   16                      1,031.32                  1,031.32
10-11090 Stud Welding       5,609                5,609                    264,581.46                264,581.46
10-11100 Gen Foreman       14,010               14,009          1         903,218.61                903,218.61
10-11110 Cleanup              695                  695                     29,275.52                 29,275.52
10-11120 Bad Weather       13,097               13,097                    571,892.69                571,892.69
10-11150 Anchors/Hilt's        90                   90                      2,197.29                  2,197.29
10-11160 Hand Pieces          130                  130                      6,627.03                  6,627.03
10-11170 Joist & Brdgng       183                  183                      2,049.69                  2,049.69
10-11180 Truss Work           121                  121                      7,245.61                  7,245.61
10-11190 Precast              331                  331                     16,766.64                 16,766.64
10-11200 Misc Iron         32,654               32,653          1       1,588,378.39              1,588,378.39
10-11250 Painters             107                  107                      7,651.74                  7,651.74
13-11130 Operators         13,690               13,690                    774,134.42                774,134.42
13-11140 Oiler              9,700                9,700                    416,003.73                416,003.73
13-11150 BoomTruck OP
15-11400 Teamsters             16                   16                        570.85                    570.85
16-11500 Maintence          1,069                1,069                     60,319.57                 60,319.57
17-11700 Fld QC Inspctn     4,629                4,629                    121,930.37                121,930.37
20-11800 Shop Labor           816                  816                     24,820.95                 24,820.95
25-11900 Enginring Labr         5                    5                         52.77                     52.77
25-11925 Surveyor          11,200               11,200                    383,474.17                383,474.17
25-11950 Project Managr     6,277                6,277                    204,263.24                204,263.24
25-25000 Adm Lb - Jb Cs        80                   80                    213,026.26                213,026.26
30-12000 Materials                                                        145,639.80                145,639.80
30-12100 Stud Materials                                                    34,231.59                 34,231.59
40-13000 Crane Rental                                                   1,726,152.78              1,726,152.78
40-13100 Lift Rental                                                    1,077,518.37              1,077,518.37
40-13200 Scaffold Rentl                                                    12,386.53                 12,386.53
40-13400 Equipment Fuel                                                   131,306.14                131,306.14
```

```
Capco Steel Corp 2005                           Project Summary Report                        03-29-05    Page 2
                                                                                              System Date: 03-29-05
                                                                                              System Time:  2:02 pm

Project No 00-0066  Boston Convention Center       Proj Mgr Chris Carey          Canam

Cost                          Estimated    Monthly   JobToDate  Remaining  Estimated        Monthly      Job To Date     Remaining
Code    Description             Hours       Hours      Hours      Hours       Cost           Cost           Cost            Cost
-----   -----------           ---------   --------   ---------  ---------  -----------     ----------   -------------   ----------
45-13500 Bond & Ins                                                           87,719.00                     87,719.00
50-14000 Tools                                                               439,691.09                    397,387.71     42,303.38
50-15000 Misc Supplies                                                       866,133.30                    866,133.30
60-18000 Sub Contracts                                                       346,339.11                    346,339.11
60-18050 Glbl Sub Cntrc                                                    3,745,524.58                  3,745,524.58
60-18300 Sub Engineerng                                                           17.52                         17.52
60-18500 Sub Design Eng                                                      233,322.14                    233,322.14
60-19000 Trucking                                                            116,987.87                    116,987.87
70-21000 Contract Allow
70-22000 Capco Allow                                                       3,329,679.25                  3,307,656.25     22,023.00
70-26000 Allowance Prim                                                    3,329,679.25                  3,307,656.25     22,023.00
70-27000 Allwnc J Strns                                                    3,329,679.25                  3,307,656.25     22,023.00
70-28000 Allow Dorel                                                       3,329,679.25                  3,307,656.25     22,023.00
70-29000 Allow OT Prem
70-30000 Allw Tim Reprt                                                      116,200.00                    116,200.00
90-70300 Office Salars                                                         1,301.69                      1,301.69
                              ---------   --------   ---------  ---------  -----------     ----------   -------------   ----------
                Job Totals      362,647          0     362,646          1  38,812,374.67          .00   38,681,979.31    130,395.36

Rev Contract $38,826,533.45 Includ Pend Changes $226,248.45  Gross Prof    $14,158.78  GProfit Rate          .04  GP%     .04

Billing      $38,602,884.20 Retainage       $307,836.20 Remain Billing    $223,649.25  Payments                      38,292,448.00

Origianl Contract Information    Type Erection      Fld Superv
Org Contract      $34,000,000.00 Eng Hrs                .00   Picks              0     Deck
Org Cost          23,746,244.64  PM Hrs                 .00   Crane Day          0     Joist
Org G Prof        $10,253,755.36 Shop Hrs               .00   Est Size      29,461 Tons Target
Org GP Rate                      Field Hrs              .00   Est Start  02-01-2001    Tax Ex
Org GP %                   30.16 Total Mnhrs      354,741.00  Est Finish 05-30-2002    OCIP    X

Cost Averages   St1$/lb                TS$/lb                 Pl$/lb                 Avg Mat $/lb              IW $/Hr

Notes    October 23, 2002   10:19 am, Norman Betty

         2 Week Payments   3,000,000 Advance

         January 17, 2005  11:20 am, Norman Betty
```

**EXHIBIT C**

canam steel corporation
P.O. BOX 285, POINT OF ROCKS, MD 21777-0285

| VENDOR | DATE |
|---|---|
| 10771 | 09-NOV |

P27 | 17-OCT-2005 | 311,086.00 | | 311,086.00

*00-dod6c*

POSTED 11/10/05

TOTAL ▶ 311,086.00 | | 311,086.00

canam steel corporation
P.O. BOX 285, POINT OF ROCKS, MD 21777-0285
TEL: (301) 874-5141
FAX: (301) 874-5665

CHECK NO. 0134115

| DATE | AMOUNT |
|---|---|
| 09-NOV-2005 | $311,086.00 |

VOID AFTER 90 DAYS

CANAM STEEL CORPORATION

## Final Lien Waiver, Settlement and Release Agreement

This Settlement and Release Agreement (the Release Agreement) is effective as of November 9, 2005 between Canam Steel Corporation (Canam) and CAPCO Steel Corporation (CAPCO).

Canam entered into a contract with Clark/Huber, Hunt & Nichols/Berry, a Joint Venture (Clark) dated October 12, 2000 for the provision of materials and services relating to the construction of the Boston Convention and Exhibition Center (the Project). Canam engaged CAPCO for **Structural Steel and Metal Deck Erection services** and related materials on the Project pursuant to a Subcontract between Canam and CAPCO dated January 26, 2001 (the "Subcontract"). CAPCO in turn engaged various subcontractors and other parties to supply materials and services to Canam with respect to the project.

CAPCO has completed the work for Canam required under the Subcontract, Canam intends to pay CAPCO for the work, and CAPCO intends to release and settle all outstanding claims under the Subcontract or otherwise relating to the Project.

1. Prior to the date of this release agreement, Canam has paid CAPCO **$38,186,688.00**. Contemporaneously with the execution of this release agreement, Canam is paying CAPCO the sum of **$311,086.00** for a Final Contract Value of **$38,497,774.00** as payment in full in connection with the Subcontract, including all change orders, extras and other charges in connection with the Project.

2. In consideration of the foregoing, and for other good and valuable consideration, the amount and sufficiency of which is by all parties hereby acknowledged, CAPCO, for itself and its officers, directors, shareholders, parents, subsidiaries, divisions, affiliates, partners, limited partners, agents, employees, insurers, attorneys, predecessors, successors and assigns (collectively the "Releasors") does hereby remise, release and forever discharge Canam and its officers, directors, shareholders, parents, subsidiaries, divisions, affiliates, partners, limited partners, representatives, agents, employees, insurers, attorneys, successors and assigns (collectively the "Releasees"), of and from all, and any manner of action or actions, cause or causes of action, suits, debts, sums of money, accounts, covenants, contracts, controversies, damages, penalties, judgments, extents, executions, claims, cross-claims, counterclaims, and demands whatsoever (including without limitation subrogation), at law or equity or otherwise, which against any of the Releasees the Releasors have had, now have or hereafter can, will or may have, from the beginning of the world to the date of this Agreement, relating in any way to the Project and the Subcontract and the furnishing of services and materials with respect to the Project.

3. CAPCO does hereby waive any right of mechanics or material men's lien against the above described premises.

4. CAPCO also hereby agrees to defend, including payment for attorney's fees and costs, and indemnify and hold harmless Canam, Clark and the project owner from and against

any and all claims, suits, actions, losses, expenses, liabilities, judgments, demands or damages, with respect to any claims or mechanics or material men's liens filed by CAPCO or any other party that performed or claimed to have performed work as a subcontractor of or otherwise through CAPCO.

5. CAPCO also agrees to indemnify, defend and hold harmless Canam and its officers, directors, shareholders, parents, subsidiaries, divisions, affiliates, partners, limited partners, representatives, agents, employees, insurers, attorneys, successors and assigns (the "Indemnitees") from and against all, and any manner of action or actions, cause or causes of action, suits, debts, sums of money, accounts, covenants, contracts, controversies, damages, penalties, judgments, extents, executions, claims, cross-claims, counterclaims, and demands whatsoever (including without limitation subrogation), at law or equity or otherwise, made against any of the Indemnities by any subcontractor, supplier or other person or entity with whom Capco has a contractual relationship in connection with the Project or otherwise hired or utilized in connection with the Project. This indemnification includes, but is not limited to, the known claim made by Dorel Steel Corporation against CAPCO and Canam Steel Corporation.

6. Any provision or provisions of this Release Agreement which shall prove to be invalid, void or illegal, either generally or with respect to any party or parties, shall in no way affect, impair or invalidate any other provision or the enforceability of this release Agreement against any other party.

7. The parties represent that they have entered into this Release Agreement knowingly and voluntarily after consultation with, or the opportunity to consult with, counsel of their choice. The parties further agree that each party has participated in the drafting of this Release Agreement, such that any ambiguity in this Release Agreement shall not be construed against any party to this Release Agreement as the drafter thereof.

8. This Release Agreement represents the entire, integrated agreement of the parties relating to the matters herein and supersedes all prior negotiations, understandings or agreements between them on such matters.

9. This Release Agreement may be executed in counterparts.

AGREED AND ACCEPTED
Date: 11/9/05
CAPCO STEEL CORPORATION
By: _____
Name: Patricia Caparco

Date: _____
CANAM STEEL CORPORATION
By: _____
Name: _____