UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION :
:
vs. : C.A. No:. 05-10627-WGY
:
CAPCO STEEL CORPORATION :
:
and :
:
CANAM STEEL CORPORATION :
Reach and Apply Defendant :

### SUPPLEMENTARY OBJECTION ON BEHALF OF CAPCO STEEL CORPORATION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now comes the defendant, Capco Steel Corporation ("Capco"), and hereby files a supplementary objection to Dorel Steel Erection Corporation's ("Dorel") motion for preliminary injunction.

Capco hereby objects to Dorel's request that Rule 65(c) "Security" be waived.

In the event that the court grants a restraining order, Capco requests that Dorel comply with Rule 65(c) as to Security.

Defendant,
**CAPCO STEEL CORPORATION**
By their Attorneys,

_____
Girard R. Visconti (BBO #510200)
David M. Campbell (BBO# 645512)
*Visconti & Boren Ltd.*
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 Fax

## CERTIFICATION

    I, the undersigned, hereby certify that on the 23rd day of November 2005, I faxed and mailed a true copy of the within document by regular, first-class mail, postage prepaid, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

Michael D. Vhay, Esq.
DLA Piper Rudnick Grary Cary US LLP
One International Place, 21st Floor
Boston, MA 02110

                                                               _/s/ Susan Martes_