UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREL STEEL ERECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAPCO STEEL CORPORATION,<br><br>Defendant,<br><br>and<br><br>CANAM STEEL CORPORATION,<br><br>Reach-and-apply Defendant. | Civil Action No. 05-10627-RBC |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for reach-and-apply defendant Canam Steel Corporation in the above-captioned matter.

/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: February 16, 2006

~BOST1:407404.v1