UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREL STEEL ERECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAPCO STEEL CORPORATION,<br><br>Defendant,<br><br>and<br><br>CANAM STEEL CORPORATION,<br><br>Reach-and-apply Defendant. | Civil Action No. 05-10627-RBC |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Mass. R. Civ. P. 11(d), please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for reach-and-apply defendant Canam Steel Corporation will be:

Bruce E. Falby, Esq. (BBO #544143)
Michael D. Vhay, Esq. (BBO # 566444)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Respectfully submitted,

CANAM STEEL CORPORATION,
By its attorneys,


/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
Michael D. Vhay (BBO # 566444)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  February 16, 2006

## CERTIFICATE OF SERVICE

I, Bruce E. Falby, hereby certify that a copy of the foregoing document was served upon all counsel of record by mail on February 16, 2006.

/s/ Bruce E. Falby
Bruce E. Falby

~BOST1:407401.v1