United States District Court
District of Massachusetts

| | | |
|---|---|---|
| Dorel Steel Erection Corporation | ) | |
|   Plaintiff | ) | |
|      vs. | ) | |
| | ) | |
| Capco Steel Corporation | ) | Civil Action no. 05-10627 WGY |
|   Defendant | ) | |
|      and | ) | |
| Canam Steel Corporation | ) | |
|   Reach and Apply Defendant | ) | |

**Motion to Extend Time of Telephone Conference**

     Now comes the Plaintiff and represents that on March 9, 2006, the court ordered that the Defendant, Capco Steel Corporation, make certain financial records available for the Plaintiff's inspection with Capco's accountant. It also ordered that a telephone conference be held on April 28, 2006, at 2:15 p.m.

     The Plaintiff has attempted to secure and accountant who would inspect the records but has found it impossible to do so because of the tax deadline.

     Wherefore, the Plaintiff moves that the telephone conference be extended for approximately a month at the Court's convenience.

By Its Attorney,

/s/ Charles A. Roberts
_____

Charles A. Roberts, Esq.
BBO No. 422200
Law Offices of Scott W. Wynn
BBO No. 551063
254 Main Street
P.O. Box 290009
Charlestown, MA 02129
Telephone    (617) 241-5544
Telefax        (617) 242-7675

**Assent:**

/s/   David M. Campbell                         /s/ Bruce E. Falby

| David M. Campbell, Esq. | Bruce E. Falby, Esq. |
|---|---|
| Visconti and Boren Ltd. | DLA Piper Rudnick Gray Cary US LLP |
| 55 Dorrence Street | 33 Arch Street, 26th. Floor |
| Providence, R.I. 02903-2219 | Boston, MA 02110-1447 |