**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DOREL STEEL ERECTION CORPORATION | : | |
| | : | |
| vs. | : | C.A. No:. 05-10627-WGY |
| | : | |
| CAPCO STEEL CORPORATION | : | |
| | : | |
| and | : | |
| | : | |
| CANAM STEEL CORPORATION | : | |
| Reach and Apply Defendant | : | |

**DEFENDANT, CAPCO STEEL CORPORATION'S**
**OPPOSITION TO DOREL STEEL ERECTION CORPORATION'S**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes defendant, Capco Steel Corporation ("Capco"), and hereby files its opposition to plaintiff, Dorel Steel Erection Corporation's motion to compel production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. Capco submits that it has complied with Dorel's request in all respects and provided responsive documentation in its care, custody, control and possession. All historical project records were made available to Dorel at Capco's office in June of 2006. In addition, Capco made available the accountant who prepared the final audit report for the project to cooperate in all respects. Dorel marked documents and all marked documents have been delivered to Dorel after mediation did not resolve all Dorel claims.

The "marked documents" have been delivered. The "other documents" referenced by Dorel will be produced provided Dorel identifies with some specificity the "other documents" it seeks. Capco will not guess or speculate regarding Dorel's meaning of "other documents". Capco has no substantive opposition to the request but rather submits that Dorel has been provided access to all

historical project records and accounting records which support the audit report. Upon further identification, Capco will search and provide additional documents if in Capco's possession.

                                         Respectfully submitted,
                                         Defendant,
                                         **CAPCO STEEL CORPORATION**
                                         By their Attorneys,

                                   /s/ David M. Campbell
                                   Girard R. Visconti (BBO #510200)
                                   David M. Campbell (BBO# 645512)
                                   ***Visconti & Boren Ltd.***
                                   55 Dorrance Street
                                   Providence, RI  02903
                                   (401) 331-3800
                                   (401) 421-9302 Fax

## **CERTIFICATION**

I, the undersigned, hereby certify that on the 27th day of October, 2006, I faxed a true copy of the within document, to the following:

Charles A. Roberts, Esq.
Law Offices of Scott W. Wynn
254 Main Street
P.O. Box 290009
Charlestown, MA 02129

                                   /s/ David M. Campbell