October 30, 2006

<u>Via Electronic Filing</u>

Honorable Magistrate Judge Collings
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

      *Re:*   *Dorel Steel Erection Corporation v. Capco Steel Corporation and Canam Steel Corporation, C.A. No.: 05-10627-WGY*

Dear Magistrate Judge Collings:

    Please be advised that Capco and Dorel have resolved all issues related to the document production in the above-captioned matter. As such, plaintiff's motion may pass and counsel requests that the hearing scheduled for November 1, 2006 pass off of the court's calendar.

    All documents marked by Dorel have been delivered to Dorel. In addition, Capco will organize for inspection, change orders, pay requisitions and daily reports for Dorel. I have indicated to Attorney Roberts that Capco does not possess the project meeting minutes. Thank you for your attention to this matter.

                                    Sincerely,

                                    /s/ David M. Campbell

                                  David M. Campbell

DMC:amm

cc:    *Charles A. Roberts, Esquire (via facsimile)*