# United States District Court
# District of Massachusetts

DOREL STEEL ERECTION
CORPORATION,
      Plaintiff,

v.

CAPCO STEEL CORPORATION,
ET AL,
      Defendants.

CIVIL ACTION NO:
05-10627-RBC

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    At a Telephonic Status Conference, counsel advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Friday, January 12, 2007.**

                                      /s/ *Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

December 21, 2006.
Notice to All Counsel of Record

Case 1:05-cv-10627-RBC    Document 38    Filed 12/21/2006    Page 2 of 2