UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOREL STEEL ERECTION CORPORATION    )
    Plaintiff                                )
                                                  )
vs.                                                    )
                                                  )        C.A. NO.:. 05-10627-WGY
CAPCO STEEL CORPORATION            )
    Defendant                              )
                                                  )
    And                                        )
                                                  )
CANAM STEEL CORPORATION          )
    Reach and Apply Defendant      )

**Stipulation of Dismissal**

Pursuant to Rule 41(A)(1)(ii) of Federal R. Civ. P. the parties, by their attorneys, hereby stipulate and agree that the above captioned matter and all counterclaims be dismissed with prejudice and without costs or attorney fees. All parties waive all rights to appeal.

Dorel Steel Erection Corporation
By its attorney

Scott W. Wynn
BBO No. 551063
254 Main Street
Charlestown, Massachusetts 02129
(617) 241-5544
(617) 242-7576

Capco Steel Corporation and
By its Attorneys


_____
Girard R. Visconti, Esq.
David M. Campbell, Esq.
Visconti & Boren Ltd
55 Dorrance Street
Providence, RI  02903



Canam Steel Corporation
By its Attorney


_____
Michael D. Vhay, Esq.
~~DLA Piper Rudnick Gray Cary~~ DLA Aper US LLP
~~One International Place, 21st Floor~~ 33 Arch Street
Boston, MA ~~02110-2613~~ 02110-1447